IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**ROBERT SCOTT PHILPOTT**                                                        **PLAINTIFF**

**v.**                           **Civil No. 07-2074**

**WAYNE BARNETT, Fort Smith
Police Department; UNKNOWN OFFICERS
OF THE FORT SMITH POLICE DEPARTMENT;
UNKNOWN DEPUTIES OF THE SEBASTIAN
COUNTY DETENTION CENTER; UNKNOWN
AGENTS OF THE FEDERAL BUREAU OF
INVESTIGATION; and the ARKANSAS
DEPARTMENT OF CORRECTION**                                                      **DEFENDANTS**

## O R D E R

Now on this 30th day of November, 2007, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #5, filed September 17, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's complaint is hereby **dismissed.**

**IT IS SO ORDERED.**

>                                      **/s/Jimm Larry Hendren**
>                                      **HON. JIMM LARRY HENDREN**
>                                      **UNITED STATES DISTRICT JUDGE**